IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA PHILLIPS,** | CIV S 04-1257 GEB GGH P |
| Petitioner, | **APPLICATION/REQUEST FOR EXTENSION OF TIME** |
| **v.** | |
| **SCOTT KENAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on July 18, 2005.

DATED: 6/24/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

phil1257.eot06