**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Joshua Phillips

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br><br>SCOTT KENAN, Warden | ) CIV S-04-1257 GEB GGH P<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FOR GOOD CAUSE SHOWN IT IS HEREBY ORDERED THAT**

petitioner's Traverse shall be due on August 21, 2005.

　　Dated: 8/30/05

　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　Hon. Gregory G. Hollows
　　　　　　　　　　　　　　Magistrate Judge



　　phil1257.eot(2)