IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA PHILLIPS,

    Petitioner,        No. CIV S-04-1257 GEB GGH P

   vs.

SCOTT KERNAN, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve his objections to the March 7, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 22, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve his objections to the March 7, 2006 findings and recommendations.

DATED: 3/31/06

    /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:bb
phil1257.111