IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA PHILLIPS,

    Petitioner,                    2:04-cv-1257-GEB-GGH-P

    vs.

SCOTT KERNAN, et al.,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's June 26, 2006, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2         Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) admission of prior statement by Sabrina R. violated the Confrontation Clause; 2) admission of videotaped statements by the other victims violated the Confrontation Clause; and 3) insufficient evidence.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

```
Dated:   August 28, 2006


                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.