# OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814

Daniel J. Broderick
Federal Defender

(916) 498-5700 Fax: (916) 498-5710

Linda Harter
Chief Assistant Defender

February 2, 2007

Mr. Michael B. Bigelow
Attorney at Law
428 J Street, #350
Sacramento, CA 95814



**FILED**

FEB - 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Re:  **Phillips v. Kenan**
     Civ.S-04-1257-GEB/GGH

Dear Mr. Bigelow:

This will confirm your appointment as counsel by the Honorable David F. Levi, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:  Clerk's Office
     Ninth Circuit Court of Appeals

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 09C | Phillips, Joshua | | | | |
| 3. MAG. DKT./DEF. NUMBER | | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | | Civ.S-04-1257-GEB/GGH | | | |
| 7. IN CASE/MATTER OF (Case Name) | | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE |
| Phillips v. Kenan | | Appeal | Appellant | | CA |
| 11. OFFENSE(S) CHARGED | | | | | |

12. ATTORNEY'S NAME AND MAILING ADDRESS

Michael B. Bigelow, Esq.
428 J Street, #350
Sacramento, CA 95814

Telephone Number: (916) 443-0217

14. NAME AND MAILING ADDRESS OF LAW FIRM

13. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

GREGORY G. HOLLOWS    7/26/06

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work | | | | | |
| (Rate per hour = $ 92) TOTALS: | | | | | |
| 17. Travel Expenses | | | | | |
| 18. Other Expenses | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM ___ TO ___
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | | | DATE | 34a. JUDGE CODE |

```
 1 │ MICHAEL B. BIGELOW
   │ Attorney at Law
 2 │ State Bar No. 65211
   │ 428 J Street, Suite 350
 3 │ Sacramento, California 95814
   │ Telephone: (916) 443-0217
 4 │ FAX (916) 447-2988
   │
 5 │ Attorney for Petitioner
   │ Joshua Phillips
 6 │
 7 │             IN THE UNITED STATES DISTRICT COURT
   │
 8 │            FOR THE EASTERN DISTRICT OF CALIFORNIA
   │
 9 │ JOSHUA PHILLIPS          )   CIV S-04-1257 GEB GGH P
   │           Petitioner,    )
10 │                          )   NOTICE OF APPEAL
   │      v.                  )
11 │                          )
   │                          )
12 │ SCOTT KENAN, Warden      )
   │                          )
13 │           Respondent.    )
   │                          )
14 │ _____)
```

15    NOTICE is hereby given that petitioner, Joshua Phillips
16 appeals to the United States Court of Appeals for the Ninth
17 Circuit from the order and judgment of the district court
18 entered on June 26, 2006.
19    Mr. Phillips also requests this Court issue a certificate
20 of appealability which will be filed separately.
21 / / /
22 / / /

1

See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

DATED: July 25, 2006        Respectfully submitted,


/S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant/Appellant